RECEIVED
JAN 8 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

FILED
JAN 0 8 2020
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT for the
WESTERN DISTRICT of TEXAS
AUSTIN DIVISION

DEWARD L, CUMMINGS II (Jr)
Petitioner

UNITED STATES POSTAL SERVICE, POSTMASTER (USPS)
MERIT SYSTEM PROTECTION BOARD, CHAIR (MSPB)
MERIT SYSTEM PROTECTION REVIEW BOARD (MSPBR)
Respondent(s)

A20CV0028RP
Case #

## ACTION BEFORE THE COURT

NOW COMES the Petitioner DEWARD L. CUMMINGS II & files the following action, for the following reasons, to **CORRECT** a **Violation** of the Petitioners **SUBESTIVE & PROGERICUAL DUE PROCESS RIGHTS** which were intentionally <u>violated</u> by an MSPB Administrative Judge (AJ) who intentionally **ADDED** a <u>Charge</u> AFTER the Petitioners employment removal Hearing/Trial was closed, <u>then</u> the MSPB, it's Review Board, the Federal Appellant Court, <u>this Court</u> & Congressional Representatives allowed this **injustice** & <u>illegal</u> **conspiracy** to continue FOR **30 years.**

## PARTY'S

1. Petitioner, DEWARD L. CUMMINGS II (Jr) who resides at 709 Flores St. Lockhart TX 78644-1820, Phone # 512 940 5491, @ the time of removal, 166 W Graham Council Bluffs IA 51501-6832. (Petitioner)

2. UNITED STATES POSTAL SERVICE, POSTMASTER, located 475 L'Enfnat Plaza SW RM 74012 Washington D. C. 20260-0010 & Main Post Office Omaha NE & the USPS has offices in Texas. (USPS or Postal)

3. The MERIT SYSTEM PROTECTION BOARD, CHAIR & MERIT SYSTEM PROTECTION REVIEW BOARD is located at 1615 M St, NW Washington D. C. 20419-0004 & has offices in Texas. (MSPB or MSPBR)

1.

## STATUE OF LIMITATIN ISSUE

4.  As in the **Innocent Project** cases, as is in the Petitioners USPS/MSPB action, there is no Statue of Limitation on **Judaical** or **Prosecutorial** misconduct.

## JUDICAL MISCONDUCT

1.  In the Petitioners USPS Removal, the AJ violated various Federal Statues including **18 USC Section 1001 (3)**, *"makes or uses any false writing"*, & **USC 1519** when the <u>**MSPB AJ,,,**</u> **twice Falsified** Federal Government Documents when the AJ **added** a 4th charge of *Insubordination* after the Trial/Hearing process was <u>**closed**</u>.

## PROSECUTORIAL MISCONDUCT

2.  In the Petitioners Postal Removal, according to Federal Statue **18 USC Section 1001 (3), & USC 1519 & 18 USC 4,** the US Postal Service violated those Statues when the USPS did not **correct** & or **report** the AJ's intentional **Harmful Error**. [1]

## DUE DILIGENTS

5.  The Petitioner has been "a pain in the ass", **Due Diligent,** for 30 years, through 100's of US Congressional inquires, MSPB FOIA's & Court petitions.

6.  Secondly, **this <u>case</u>** is no different than the 1,000's of **Innocent Project** cases [2] that have been suppressed & intentionally prevented from being corrected, as the Petitioner is asking this Court to CORRECT this AJ's <u>**illegal**</u> action & the Petitioners Illegal removal.          Time is not important only **JUSTICE**.

# PRIMARY ISSUE (QUESTION(S) BEFORE THE COURT

7.  The **PRIMARY ISSUE**, (OUESTION(s) is, <u>**IS**</u>, [3] can **any** Judge in **any** Jurisdiction under **any** circumstance Legally *<u>ADD</u>* **a charge,** [4] AFTER the Hearing/Trial is **close** without the consent **or knowledge** of the party's.

8.  That ISSUE **is the <u>issue</u>** before this Court until that Question **is answered.**

---

1   A phrase the MSPB used to describe an ILLEGAL act.
2   The Petitioner cites the 10's of thousands of cases world wide of Judaical Misconduct.
3   Good enough for **Bill Clinton**, good enough for me.
4   Any issue or charge, Administrative or criminal (any charge that involves employment in the Federal Sector).

9. (Question) **Did**, the AJ, the MSPB, MSPB Review Board & the USPS under **18 USC 1519 & 18 USC Section 1001 (3) & 18 USC 4** violate the Petitioners **SUBESTIVE & PROGERICUAL DUE PROCESS RIGHTS**, when they allowed the AJ to add a **4th charge**, then allowed the AJ to cite in the AJ's **2nd Decision** *"including the charge of insubordination which was affirmed by the Board"*, thus commuted a **Fraudulent** &/or **Illegal** act & use that illegal **4th charge** to remove the Petitioner from the USPS. (SEE Attached @ "C" 1st Pagh)

10. (Question) Under **18 USC 1519 & 18 USC Section 1001 (3) & 18 USC 4** & any other Federal Laws, Rules or Regulations **did** the USPS knowingly **violate** the Petitioners **SUBESTIVE & PROGERICUAL DUE PROCESS RIGHTS** when the USPS **did not** attempt &/or correct the AJ's intentional **Harmful ERROR**.

11. **Next ISSUE, Question**, if this illegal action occurred (Judge **ADDED** an additional Charge) can **any** Federal Superior Court **correct** that MSPB AJ's ILLEGAL action & Order those Agency's involved to **correct that Illegal action?**

12. **There is no other ISSUE before this Court until this Question is answered.**

## .JUDICAL STANDING BACKGROUND

13. The Petitioner has been **Due Diligent** & filed numerous actions, FOIA's, 100's of Congressional inquiries, Petitions to various Agency's, Courts, **including this COURT,** [5] to correct this intentional harmful ERROR.

14. THEREFORE the Petitioner has the **right & standing** to file this action or the Court SHOW CAUSE that would/could bar the Petitioners action & Questions, therefore is requiring a Clearly Stated filing in **Legal terms**, WHY! [6]

## PERSONAL BACKGROUND ISSUES

15. This Court in 2016 dismiss a properly filed Freedom of Information Petition over this issue without cause or explanation & became part of the conspiracy!

3.

---

5   This Court held (holds) the Petitioner in the most despicable contempt, WHY!
6   If the individuals that are found innocent because of Judaical mistakes how is the instant case different.

16. That along with the Petitioners 2014 Divorce, his 100% PTSD Disability, drove the Petitioner to a deep state of Depression, the reasons for the 4 year absence.

17. It is and was the USPS *Threat Charge* (that labeled the Petitioner as a threat) that has <u>made</u> the Petitioners past 30 years life a living **HELL**! [7]

# ILLEGAL ACTION by GOVERNMENT EMPLOYEES & AGENCY'S

18. These past 30 years the cited here-in @ 9 & 30, have intentionally OBSTRUCTED JUSTICE, SURPRESS EVIDENCE & LIED to Congressional inquires, thus LIED to Congress, **18 USC 1001 & 18 USC 4,** according to the latest Congressional Impeachment proceedings & Federal Laws.

19. The act of **<u>Suppression of Evidence</u>** was intentionally committed by the party's cited at here-in @ #'s 9 & 30, in that they have intentionally not recognized the AJ's intentional harmful ERROR of <u>**ADDING**</u> the 4th INSUBORDNATION charge.

20. The act of **<u>Obstruction of Justice</u>** intentionally committed by the party's cited at here-in @ # 9 & 30, in that they have <u>**intentionally**</u> not recognized the AJ's **intentional ERROR** & other MSPB Legal "miss-steps", SEE @ # 31, which are support in the deceptive letters to Congressional inquires.

21. The AJ's <u>act</u> of ADDING a charge AFTER the Petitioners removal hearing was closed, when the AJ was in Denver CO & the hearings were in Omaha NE was a violation of every Federal Law, Rule & Regulation that exist.

22. The AJ's **action** could be construed as **Retaliation, Sexism, Racism & Conspiracy.**

## 4th Charge BACKGROUND Issue

23. The Petitioner was charged by the USPS in a 1989 removal action (firing) with **three (3)charges.**    SEE @ EXHIBIT (A).

24. The Petitioner **Appealed** the USPS action to the Merit Systems Protection Board (MSPB) to which a hearing (trial) was held over two (2) days. [8] [9]

4.

---

[7] Caused two (2) divorce, made him a paria in the communities his has lived in & alienated him from his 2 sons>
[8] The Petitioners Fourth (40) Birthday, August 5th.
[9] THE MANY MSPB MISTAKES,,, At first they set the Hearings in IA, moved it to NE, appointed a Man, then changed to a female from the Social Security Commission.

25. After the MSPB "hearing", "trial", was closed, **done** & no other evidence or Charges should/could be introduced, **thus** the Petitioner could not **defend himself** over any additional charge,,, **nevertheless** the MSPB AJ **added** an additional **4th charge** of *INSUBORDNATION*.   SEE @ EXHIBIT (B) Pg, 10  Pagh. 2,  L, 10.  & 11.

26. The Petitioner appealed the AJ's 1st Decision to the MSPB Review Board [10] where-in the Board **Ordered** the AJ to reinstate the Petitioner (*based on other Review Board Decisions*)   SEE @ EXHIBIT ("D" last page).   SEE mspb.com.search

27. In the AJ's 2nd  Decision @ EXHIBIT (C) the AJ used this 4th bogus, added, **Illegal** charge as **THE charge** to remove the Petitioner from the USPS.

28. In the AJ's **2nd Decision** @ EXHIBIT (C) , *Initial Decision*, **first** paragraph, the AJ **feloniously** states the MSPRB cited INSUBORDNATION as a CHARGE.

29. That was a LIE, & violated USC 1519 "*falsifying a Federal Government Document*" & illegally used that charge to Remove the Petitioner from the USPS denying the Petitioners **SUBESTIVE & PROGERICUAL DUE PROCESS RIGHTS!**

**Un-Disputable CONSPERCY**

30. An Un-**Disputable** CONSPERCY is establish when the Postal Service allowed in the MSPB AJ's 1st & 2nd Decisions, in the MSPB Review Boards, 1st & 2nd Decisions, in the Federal Appellant Court Decision, in every Congressional inquire, THIS COURT, that they knew (knows) there was **NO 4th charge**, YET all cited above, participated in this **Injustice**.

# MSPB Review Board Intentional ERROR  (Additional Question)

31. In the MSPBR's **1st** Decision, EXEHIBIT (D) @ 1st Footnote the Board cited the USPS Response was filed by a **different person** than the Registered Representative, therefore, "*the agency's response will not be considered.*", [11]

5.

---

10   The Board SAT, **held** that Appeal for 18 months, two weeks after the Statue of Limitations ran on the Petitioners ability to take legal action against the Omaha Airport Authority,,,, YOU CAN NOT LIE ABOUT THE TRUTH!
11   The Petitioner had file an Objection concerning the Post Mark.   USPS sent their Response 5 days LATE.

THEREFORE, the USPS was technically a **NO SHOW**, could not present a "opposing argument", had no "opposing response", NO "Prosecutorial Objective Argument", THEREFORE, according to traditional Law, no Objection, no Response, the Prosecutor NO SHOW, [12] THEREFORE the MSPBR only had the Petitioners, the Defendant, the Appellants **Argument to Review**, THEREFORE the Petitioner should have **PREVAILED, never been fired,** never had to live the past 30 years **IN a living HELL!**      The MSPBR had only ONE **filing** to Review.

### MSPB's Term for the AJ's Illegal Action

32.   The MSPB's *Term* for an AJ **adding a charge** is, *"Not Invoked by the Agency"*,

33.   **IF,** the Court cares to, the Petitioner can produce 1,000's, Ten's of Thousands of MSPB Review Board cases where the Board over turned those AJ's arbitrary, capricious & abuse of desecration Decisions, citing *"Not Invoked by the Agency",,,* EXCEPT MINE.  (Not counting the cases that were never Appealed)

### PRIMARY RESPONISABLE

34.   The Postal Service is **most responsible** for this *illegal* action, **conspiracy** & intentionally perpetuated this action & has been a willing participant in its **illegality** by the cited here-in @ # 9, 30 & 31.

35.   The Postal Service prepared the charges, THEY KNEW there was NO forth (4th) Charge, yet ALLOWED the 4th **illegal charge to stand**.

36.   The Petitioner submits Fed. Case # **A15CV0993LV** as addition **evidence.**

37.   That case is in this Courts files & to save time, money & paper, prays the Court allow the Petitioner this courtesy.

---

12   Same as an opposing party in a Court litigation not appearing in Court, THE COURT would side with the party THAT APPEARED, showed UP with it's defense, with it's TIMELLY FILEING.

38. Judge I believe with all my heart & soul the ONLY reason, this sick use of the Government to retaliate & punish a decorated Veteran exercising Constitutional Rights, **BUT**, the PRIMARY REASON IS, is if this **Conspiracy** was exposed the person that DID THIS might lose her Government Pension & **MY** Back **Pay**?

39. And that's all I've got to say about THAT!

### ACTION REQUESTED BY THE PETITIONER

THEREFORE the Petitioner Prays the Court allow the Petitioner, **1ˢᵗ @ the least,** to file Interrogatories, to the Respondents, to ascertain if the Petitioner **assertions,** accusations are **correct,**   **2ⁿᵈ** &/or grant the Petitioner an in Court Hearing, so he can establish his right to **Justice** & if his SUBESTIVE & PROGERICUAL DUE PROCESS RIGHTS were violated,   **3ʳᵈ** &/or **if** the Court determiners the MSPB AJ, the MSPB Review Board the MSPB staff & the Postal Service violated various MSPB, Federal & Postal Laws, Rules & Regulations, thus violated the Petitioners **SUBESTIVE & PROGERICUAL DUE PROCESS RIGHTS,** the Petitioner **Prays** the Court will **Order** the MSPB &/or the USPS to **Reopen the Case** &/or **Reinstate** the Petitioner to his termination date in accordance with the Federal Back Pay Laws, Rules & Regulations.

_____                    ___1/1/20___
Deward L. Cummings II (Jr)                                        Date

The above & Attached were sent & served on the Respondents by Certified US Mail this _____ day of _____, 2020, to the Postal Service, Washington D.C , 7018 2290 0001 0784 9666 to the Chairman @ the MSPB office in Washington D.C. 7018 2290 0001 0784 9673, at their address as cited here-in @ #1. through #3.

CC's to every major TV Station in Texas & Nebraska, & the Congressional contacts I have previous sent to, YOU the Court intimidate the citizen with your Contempt of Court Rules, I intimidate you with the 1ˢᵗ Amendment.

*This is the biggest exposed* Conspiracy *since Watergate & now the Trump BS.*
**If this Court denies this action for any reason the Petitioners next action is an appeal to the Presidential Pardon & Commute Board.** How embarrassing would that be.